

**Cox HealthPlans**
CoxHealth
THINKING HEALTH FORWARD

Cox Health Systems Insurance Company
P.O. Box 5750
Springfield, MO 65801-5750
417-269-2900 or 1-800-205-7665

Page 2

Date: 10/06/2015
Amt: $0.00

TRILAKES DIAGNOSTIC IMAGING
523 STATE HWY 248 STE 300
BRANSON, MO 65616

Patient Name: ███
Patient ID: ███
Provider Name: TRILAKES DIAGNOSTIC IMAGING

Insured's Name: ███
Acct: ███
Claim#: ███

Age: ███

| Service Date(s) | | Proc# | Mod1 | Mod2 | Total Billed | Allowed Amount | Prov Resp | Interest | Pt's Copay | Pt's Ded | Pt's Coins | Checks Received | Net Payment | See Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2015 | 9/23/2015 | 71020 | | | 150.00 | 48.58 | 101.42 | 0.00 | 0.00 | 48.58 | 0.00 | 0.00 | 0.00 | DJ |
| | | Totals | | | 150.00 | 48.58 | 101.42 | 0.00 | 0.00 | 48.58 | 0.00 | 0.00 | 0.00 | |

Professional - Payment for out of network services calculated using a formula based on generally accepted amounts. For additional information, refer to dataisight.com or 866-835-4022.

**Remarks**

DJ    Paid according to plan benefits

| Provider Totals | Total Billed | Allowed Amount | Prov Resp | Interest | Pt's Copay | Pt's Ded | Pt's Coins | Checks Received | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| | 150.00 | 48.58 | 101.42 | 0.00 | $0.00 | 48.58 | 0.00 | 0.00 | 0.00 |

**Summary**
Amt Paid       0.00
Advances       0.00
Check Amt      0.00

For further explanation of remittance advice: http://www.coxhealthplans.com/pages/providers
If you would like to receive electronic remittance advices please contact Member Services at 417-269-2900 or 800-205-7665.    Date: 10/06/2015