# PHYSICIANS BOOST THE ECONOMY.



## See the effect in Missouri

**Missouri's** physicians are trusted leaders who have a positive and lasting impact on the health of their patients and the health of their community as a whole. Physicians also critically support the health of their local and state economies through the creation of jobs with their related wages & benefits, the purchase of goods and services and large-scale support of state and local tax revenues.

Results from a recent economic impact study conducted by IMS Health, on behalf of the AMA, demonstrate the significant level of support that physicians generate for Missouri's economy. The study results also clearly indicate that creating an environment which would attract new and retain existing physicians to meet expanding healthcare demands will also have the added benefit of increasing the number of good jobs in Missouri and improving the health of the local economy.

Key economic benefits provided by physicians both nationally and in Missouri in 2012 include:

|  | Missouri | National |
|---|---|---|
| **TOTAL PATIENT CARE PHYSICIANS** | 13,735 | 720,421 |
| **JOBS** | | |
| Total Direct Jobs Supported by Physician Industry [1] | 63,592 | 3,336,077 |
| Total Indirect Jobs Supported by Physician Industry [1] | 79,832 | 6,632,265 |
| Total Jobs Supported by Physician Industry [1] | 143,424 | 9,968,342 |
| Average Jobs Supported by Each Physician Including His/Her Own [1] | 10.4 | 13.8 |
| **SALES REVENUE** | | |
| Total Sales Revenue Generated by Physician Industry [1] | $ 20.3 Billion | $ 1.6 Trillion |
| % of Total GSP/GDP [2] | 7.9% | 10.2% |
| **WAGES & BENEFITS** | | |
| Total Wages & Benefits Supported by Physician Industry [1] | $ 11.5 Billion | $ 775.5 Billion |
| **LOCAL & STATE TAX REVENUE** | | |
| Total Local & State Tax Revenue Generated by Physicians [1] | $ 784.7 Million | $ 65.2 Billion |





1. The State Level Economic Impact of Physicians Report (IMS Health, March 2014)
2. US Bureau of Economic Analysis, Current-Dollar GDP by State, 2012